Anthony L. Marchetti, Jr., Esquire (AM4302)
MARCHETTI LAW, P.C.
900 N. KINGS HIGHWAY, SUITE 306
CHERRY HILL, NJ 08034
(856) 824-1001
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| SAM HARGROVE, ANDRE HALL, MARCO EUSEBIO, individually and on behalf of all others similarly situated, | Civil Action No.:3:10-cv-01138-JAP-LHG |
| Plaintiffs, | CLASS ACTION |
| v. | |
| SLEEPY'S LLC, | |
| Defendant. | |

**NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
DECLARING INDEMNIFICATION CLAUSE TO BE VOID UNDER NEW JERSEY
LAW**

**TO:**   Matt Hank, Esquire
          Littler Mendelson
          Three Parkway
          Suite 1400
          1601 Cherry Street
          Philadelphia  PA  19102
          Attorney for Defendant

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiffs hereby move before

The United States District Court for the District of New Jersey, Trenton Vicinage, for an Order

granting Plaintiffs' motion for partial summary judgment on the issue of the non-enforceability

of the purported indemnification agreement. In support of said Motion, Plaintiffs will rely on the

1

2

attached Memorandum of Law and Declaration of Anthony L. Marchetti, Jr. filed and served with this motion.

Dated:    May 23, 2011                                        /s/  ALM
                                                                              Anthony L. Marchetti, Jr. (AM4302)

3