**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Tel. (267) 402.3000
Fax (267) 402.3131

Attorneys for Defendant/Cross-Claim Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAM HARGROVE, ANDRE HALL, and MARCO EUSEBIO, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**SLEEPY'S, LLC,**<br><br>Defendant. | Civil Action No. 10-01138-PGS-LHG<br><br><br><br>**(HONORABLE PETER G. SHERIDAN)**<br><br>**FILED VIA ECF** |
| **SLEEPY'S, LLC,**<br><br>Cross-Claim Plaintiff,<br><br>vs.<br><br>**I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., and CURVA TRUCKING, LLC,**<br><br>Cross-Claim Defendants. | |

## **PROPOSED ORDER**

**THIS MATTER** having been opened to the Court by Littler Mendelson, P.C., attorneys for Defendant/Cross-Claim Plaintiff Sleepy's LLC ("Sleepy's"), on Notice to Anthony Marchetti, Esquire of Marchetti Law, P.C., attorney for Plaintiffs Sam Hargrove, Andre Hall, and Marco Eusebio (collectively, "Plaintiffs"), and the Court having considered the submissions in support thereof and in opposition to the requested relief,

**IT IS** on this _____ day of _____, 20____, **ORDERED** that Sleepy's Motion for Summary Judgment is **GRANTED** and all counts of Plaintiff's Complaint are hereby **DISMISSED** with prejudice.

BY THE COURT:

_____
Peter G. Sheridan, U.S.D.J.