**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Tel. (267) 402.3000
Fax (267) 402.3131

Attorneys for Defendant/Cross-Claim Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAM HARGROVE, ANDRE HALL, and MARCO EUSEBIO, individually and on behalf of all others similarly situated,**<br><br>  Plaintiffs,<br><br>vs.<br><br>**SLEEPY'S, LLC,**<br><br>  Defendant. | Civil Action No. 10-01138-PGS-LHG<br><br><br>**(HONORABLE PETER G. SHERIDAN)**<br><br>**FILED VIA ECF** |
| **SLEEPY'S, LLC,**<br><br>  Cross-Claim Plaintiff,<br><br>vs.<br><br>**I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., and CURVA TRUCKING, LLC,**<br><br>  Cross-Claim Defendants. | **Application Date:  April 19, 2012 at 10:00 a.m.** |

**NOTICE OF DEFENDANT/CROSS-CLAIM PLAINTIFF SLEEPY'S, LLC'S MOTION**
<u>**FOR APPLICATION FOR BILL OF COSTS**</u>

TO: Anthony L. Marchetti, Jr.
MARCHETTI LAW, P.C.
900 N. Kings Hwy.
Suite 306
Cherry Hill, NJ 08034

Attorney for Plaintiffs

**PLEASE TAKE NOTICE** that on April 19, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant/Cross-Claim Plaintiff Sleepy's, LLC ("Sleepy's") will move, pursuant to Local Rule 54.1, by the undersigned counsel, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order taxing the costs set forth in Sleepy's accompanying Bill of Costs.

**PLEASE TAKE FURTHER NOTICE** that, in support of Sleepy's Application, Sleepy's shall rely upon the attached Bill of Costs, the Affidavit of Elizabeth Tempio Clement, and supporting documents.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached hereto.

Respectfully submitted,

s/ Elizabeth Tempio Clement
Matthew J. Hank
Kimberly J. Gost
Theo E.M. Gould
Elizabeth Tempio Clement
LITTLER MENDELSON, P.C.
THREE PARKWAY
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

Attorneys for Defendant/Cross-Claim Plaintiff Sleepy's, LLC

April 11, 2012

## CERTIFICATE OF SERVICE

I, Elizabeth Tempio Clement, hereby certify that on April 11, 2012, I served true and correct copies of Notice of Motion for Application of Bill of Costs, Proposed Order, Bill of Costs, and Affidavit of Elizabeth Tempio Clement in Support of Bill of Costs upon the following via ECF and first class mail, postage prepaid:

>Anthony L. Marchetti, Jr.
>Marchetti Law, P.C.
>900 N. Kings Hwy.
>Suite 306
>Cherry Hill, NJ 08034
>
>Attorney for Plaintiffs

                                                  s/ Elizabeth Tempio Clement

April 11, 2012