**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Tel. (267) 402.3000
Fax (267) 402.3131

Attorneys for Defendant/Cross-Claim Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAM HARGROVE, ANDRE HALL, and MARCO EUSEBIO, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**SLEEPY'S, LLC,**<br><br>**Defendant.** | **Civil Action No. 10-01138-PGS-LHG**<br><br><br><br>**(HONORABLE PETER G. SHERIDAN)**<br><br><br>**FILED VIA ECF** |
| **SLEEPY'S, LLC,**<br><br>**Cross-Claim Plaintiff,**<br><br>vs.<br><br>**I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., and CURVA TRUCKING, LLC,**<br><br>**Cross-Claim Defendants.** | **Returnable: May 7, 2012** |

## NOTICE OF DEFENDANT/CROSS-CLAIM PLAINTIFF SLEEPY'S, LLC'S MOTION FOR DEFAULT JUDGMENT

TO:  I Stealth, LLC
c/o Samuel Hargrove
20 Granby Lane
Willingboro, New Jersey 08046

Eusebio's Trucking Corp.
c/o Marco Eusebio
15 Lincoln Street, Apt. 1
Fairview, NJ 07022-2143

Curva Trucking, LLC
c/o Marco Eusebio
15 Lincoln Street, Apt. 1
Fairview, NJ 07022-2143

ANTHONY L. MARCHETTI
Marchetti Law, P.C.
900 N. Kings Highway, Suite 306
Cherry Hill, NJ 08034

Attorney for Plaintiffs Sam Hargrove, Andre Hall, and Marco Eusebio

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant/Cross-Claim Plaintiff Sleepy's, LLC ("Sleepy's") will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, before the Honorable Peter G. Sheridan on May 7, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, for entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion herein, the undersigned attorneys for Sleepy's will rely on the Certification attached at Exhibit 1.  In addition, pursuant to L. Civ. R. 7.1(d)(4), counsel for Sleepy's states that no brief in support of the foregoing Motion is necessary because no novel or complex factual or legal issues are raised therein and the law and facts necessary for the resolution of said Motion are within the sound discretion of the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless timely opposition is filed.

Respectfully submitted,

/s Elizabeth Tempio Clement
Kimberly J. Gost
Theo E.M. Gould
Matthew J. Hank
Elizabeth Tempio Clement
LITTLER MENDELSON, P.C.
THREE PARKWAY
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

Attorneys for Defendant/Cross-Claim Plaintiff Sleepy's, LLC

Date: April 13, 2012