Anthony L. Marchetti, Jr., Esquire (AM4302)
MARCHETTI LAW, P.C.
900 N. KINGS HIGHWAY, SUITE 306
CHERRY HILL, NJ 08034
(856) 824-1001
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| SAM HARGROVE, ANDRE HALL, MARCO EUSEBIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SLEEPY'S LLC,<br><br>Defendant.<br><br>SLEEPY'S, LLC,<br><br>Cross-Claim Plaintiff,<br>v.<br>I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., and CURVA TRUCKING, LLC,<br><br>Cross-Claim Defendants. | Civil Action No.:3:10-cv-01138-PGS-LHG<br><br>CLASS ACTION<br><br>NOTICE OF APPEAL |

Sam Hargrove, Andre Hall, and Marco Eusebio, the Plaintiffs in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment of the District Court for the District of New Jersey entered in this case, based upon the Court's entry of summary judgment on the issue of employment status. While the Court's

judgment against the Plaintiffs was entered on March 28, 2012 (Doc. 85), the Defendant had asserted cross-claims against other entities that were not resolved until the Court's April 27, 2012 Order (Doc. 93), which on its face finally resolved all issues as to all parties in this action.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

Anthony L. Marchetti, Jr.
MARCHETTI LAW, P.C.
900 N. Kings Highway, Suite 306
Cherry Hill, NJ 08034
Counsel for all Plaintiffs

Matt Hank
LITTLER MENDELSON
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Counsel for Sleepy's, LLC.

I STEALTH, LLC, EUSEBIO'S
TRUCKING CORP., and CURVA
TRUCKING, LLC
Cross claim Defendants – did not appear in the District Court

Date: May 25, 2012

/s/ Anthony Marchetti
Anthony L. Marchetti, Jr.    ALM 4302
MARCHETTI LAW, P.C.
900 N. Kings Highway, Suite 306
Cherry Hill, NJ 08034
Counsel for all Plaintiffs