**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Tel. (267) 402.3000
Fax (267) 402.3131

Attorneys for Defendant/Cross-Claim Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAM HARGROVE, ANDRE HALL, and MARCO EUSEBIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLEEPY'S, LLC,<br><br>Defendant. | Civil Action No. 10-01138-PGS-LHG<br><br><br><br>**(HONORABLE PETER G. SHERIDAN)**<br><br><br>**FILED VIA ECF** |
| SLEEPY'S, LLC,<br><br>Cross-Claim Plaintiff,<br><br>vs.<br><br>I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., and CURVA TRUCKING, LLC,<br><br>Cross-Claim Defendants. | |

# NOTICE OF APPEAL

Notice is hereby given that Defendant/Cross-Claim Plaintiff Sleepy's, LLC ("Sleepy's") in the above-named case hereby appeals to the United States District Court for the Third Circuit from an Order which denied Sleepy's Motion for Attorneys' Fees and Sleepy's Motion for Default Judgment and closed this case, which was entered on the 2nd day of May, 2012.

                                              Respectfully submitted,

                                              /s Elizabeth Tempio Clement
                                              Kimberly J. Gost
                                              Theo E.M. Gould
                                              Matthew J. Hank
                                              Elizabeth Tempio Clement
                                              LITTLER MENDELSON, P.C.
                                              THREE PARKWAY
                                              1601 Cherry Street, Suite 1400
                                              Philadelphia, PA  19102.1321

Date: May 29, 2012                        Attorneys for Defendant/Cross-Claim Plaintiff Sleepy's, LLC

## CERTIFICATE OF SERVICE

I, Elizabeth Tempio Clement, hereby certify that on this 29th day of May, 2012, I caused the foregoing **Notice of Appeal** to be served via the electronic case filing system upon the following counsel of record:

Anthony L. Marchetti
Marchetti Law, P.C.
900 N. Kings Highway, Suite 306
Cherry Hill, NJ 08034

Attorney for Plaintiffs Sam Hargrove, Andre Hall, and Marco Eusebio

Additionally, a true and correct copy of the foregoing **Notice of Appeal** was sent, via U.S. Mail first class postage prepaid, on this 29th day of May, 2012 to the addresses listed below:

I Stealth, LLC
c/o Samuel Hargrove
20 Granby Lane
Willingboro, New Jersey 08046

Eusebio's Trucking Corp.
c/o Marco Eusebio
15 Lincoln Street, Apt. 1
Fairview, NJ 07022-2143

Curva Trucking, LLC
c/o Marco Eusebio
15 Lincoln Street, Apt. 1
Fairview, NJ 07022-2143

Cross-Claim Defendants

/s Elizabeth Tempio Clement
Elizabeth Tempio Clement