UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No. 12-2540 and 12-1541

SAM HARGROVE, ANDRE HALL,
MARCO EUSEBIO, individually and on behalf of all others similarly situated,

                      Plaintiffs-Appellants,

v.

SLEEPY'S LLC,      Defendant – Appellee/Cross-Appellant

v.

I STEALTH, LLC, EUSEBIO'S TRUCKING CORP., AND CURVA TRUCKING, LLC.
Third party Defendants

_____
PETITION TO TAX COSTS
_____
ON APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, DOCKET NO. 3:10-cv-01138
_____

Anthony L. Marchetti, Jr., Esquire (AM4302)
MARCHETTI LAW, P.C.
900 N. KINGS HIGHWAY, SUITE 306
CHERRY HILL, NJ 08034
(856) 824-1001
Attorney for Plaintiffs-Appellants

To the Clerk:

Please tax the following costs against the Appellee in the above-referenced matter pursuant to Local Appellate Rule 39 et seq:

Docketing fee: $450.00

Briefs:

Appellants' Opening: 10 copies x 65 pages x .10 per page: $65.00

Appellants' Reply: 10 Copies x 60 pages x. .10 per page: $60.00

Courier/Delivery: $20 per brief x 2 briefs = $40

Bindings: 20 Briefs x $2 per = $40

Covers: $40

Total Costs: $695.00

Briefs were produced in house by photocopy. There are no costs sought to be taxed for the Appendix because the parties jointly produced the Appendix, and Appellees handled the actual filing of same.

I do declare under penalty of perjury that the following costs were actually incurred in the above-referenced matter.

Date: June 23, 2015  /s Anthony L. Marchetti, Jr.

Counsel for Plaintiffs/Appellants

Following review, it is ordered that costs will be taxed in the amount of $_____.

Dated:_____                                      _____

                                                      Marcia Waldron, Clerk