# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAM HARGROVE, ANDRE HALL, and MARCO EUSEBIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SLEEPY'S LLC,<br><br>    Defendant.<br><br>SLEEPY'S, LLC,<br><br>    Third-Party Claims Plaintiff,<br><br>    v.<br><br>I-STEALTH, LLC, EUSEBIO'S TRUCKING CORP and CURVA TRUCKING, LLC,<br><br>    Third-Party Claims Defendant. | Civil Action No. 3:10-01138-PGS-LHG<br><br><br><br>**FILED VIA ECF** |

## SUGGESTION OF BANKRUPTCY

**TO THE CLERK OF SAID COURT:**

**PLEASE TAKE NOTICE** that on October 5, 2018, a voluntary petition was filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by Sleepy's, LLC (Case No. 18-12275-CSS) and Mattress Firm, Inc. (Case No. 18-12241-CSS).

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362, upon the filing of a Chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 petition, any act to obtain possession of or exercise control over property of the estate, and/or any act to collect, assess, or recover a claim against the Debtor that arose before the filing of the Chapter 11 petition.

*/s/ Jonathan L. Shaw*
Theo E.M. Gould (NJ Bar No. 033982003)
Matthew J. Hank (Admitted *Pro Hac Vice*)
Paul C. Lantis (NJ Bar No. 017902010)
Marc D. Esterow (NJ Bar No. 21012016)
Jonathan L. Shaw (NJ Bar No. 085692014)
**LITTLER MENDLESON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000
267.402.3131

Dated: October 8, 2018        *Attorneys for Sleepy's, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2018, the foregoing Suggestion of Bankruptcy was filed using the District of New Jersey's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

/s/ *Jonathan L. Shaw*
Jonathan L. Shaw