

Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321

October 26, 2018

Jonathan L. Shaw
267.402.3044 direct
267.402.3000 main
267.402.3131 fax
jlshaw@littler.com

**VIA ECF**

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Hargrove, et al. v. Sleepy's, LLC, Case No. 3:10-cv-01138-PGS-LHG

Dear Judge Sheridan:

We represent Sleepy's, LLC in the above-referenced matter. On October 15, 2018, Your Honor ordered the parties to advise the Court "whether this case should be administratively terminated until the Bankruptcy action is terminated." On behalf of Sleepy's, LLC, we respectfully request that this matter not be administratively terminated pending a resolution of the Bankruptcy action. Sleepy's is not in liquidation, it is in restructuring. We expect this process to be complete by the end of the year.

Respectfully submitted,

/s/ *Jonathan L. Shaw*
Jonathan L. Shaw

cc:   Theo E.M. Gould, Esq.
      Matthew J. Hank, Esq.
      Paul C. Lantis, Esq.
      Marc D. Esterow, Esq.
      Anthony L. Marchetti, Jr., Esq.
      Harold L. Lichten, Esq.
      Benjamin J. Weber, Esq.

*The matter is administratively terminated until such time as the restructuring is complete. At that time either party may request that the court re-open the matter.*

SO ORDERED: /s/ Peter Sheridan
DATED: 11/1/18