

Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

December 20, 2018

Jonathan L. Shaw
267.402.3044 direct
267.402.3000 main
jlshaw@littler.com

**VIA ECF**

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Hargrove, et al. v. Sleepy's, LLC, Case No. 3:10-cv-01138-PGS-LHG

Dear Judge Sheridan:

We represent Sleepy's, LLC in the above-referenced matter.  On October 8, 2018, Sleepy's filed a suggestion of bankruptcy (ECF 227), and on November 1, 2018, this Court administratively terminated this matter pending the conclusion of the bankruptcy (ECF 231).

In light of the Delaware Bankruptcy Court's Order dated November 16, 2018, which provides, in part, that Plaintiffs' claims shall be permitted to proceed unimpaired until such time as they are paid or resolved by a court of competent jurisdiction, Plaintiffs filed a Motion to Reopen and Restore this Matter to the Active Docket with this Court on December 6, 2018 (ECF 232).

On behalf of Sleepy's, LLC, we agree with the Plaintiffs that reopening this matter is appropriate at this time

Respectfully submitted,

/s/ *Jonathan L. Shaw*
Jonathan L. Shaw

cc:   Theo E.M. Gould, Esq.
      Matthew J. Hank, Esq.
      Paul C. Lantis, Esq.
      Marc D. Esterow, Esq.
      Anthony L. Marchetti, Jr., Esq.
      Harold L. Lichten, Esq.
      Benjamin J. Weber, Esq.

*[Handwritten note: The Clerk is directed to reopen this matter. Motion (ref no 232) is granted.]*

DATED: 1/3/19

littler.com