UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 4, 2019
CCO-081

No. <u>19-8019</u>

Sam Hargrove, Andre Hall;
Marco Eusebio, individually and on behalf of all similarly situated,
Petitioners

v.

Sleepys LLC

v.

I Stealth LLC; Eusebios Trucking Corp.; Curva Trucking LLC

(D.N.J. No. 3-10-cv-01138)

Present:  CHAGARES, RESTREPO and SCIRICA, <u>Circuit Judges</u>

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners Marco Eusebio, Andre Hall and Same Hargrove;

2. Response in Opposition by Respondent to Motion Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f).

Respectfully,
Clerk/sb

_____ORDER_____
The foregoing Petition for Leave to Appeal is granted.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: August 1, 2019
Sb/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# NOTICE

# GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,


s/Patricia S. Dodszuweit,
Clerk


By: s/Stephanie
Case Manager
267-299-4926