```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceedings
```

OFFICE: Trenton

JUDGE Hon. Peter G. Sheridan                Date: July 19, 2021

Court Reporter: Frank Gable

TITLE OF CASE:                              CIVIL 10-1138 (PGS)
SAM HARGROVE, et al

    vs.

SLEEPY'S LLC

APPEARANCES:

(See Record for list of appearance)

NATURE OF PROCEEDINGS:
Hearing on Motion [279] by Sleepy's LLC for Judgment on the Pleadings Ant to Dismiss the Amended Complaint for Lack of Subject Matter Jurisdiction.
Ordered motion reserved.

Hearing on motion [280] BY Sleepy's LLC for Default Judgment as to Rule 55(b)(2) of the Federal Rules of Civil Procedure.
Ordered motion reserved.

Hearing on motion [281] by Marco Eusebo, Andre Hall and Sam Hargrove for Remove Default.
Ordered motion reserved.

Hearing on motion [297] by Marco Eusebi, Andre Hall and Sam Hargrove to Certify Class.
Ordered motion reserved.

```
TIME COMMENCED:     11:30 a.m.
TIME ADJOURNED:     1:00 p.m.           s/Dolores J. Hicks
TOTAL TIME:         1:30                     Deputy Clerk
```