UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SAM HARGROVE, et al.,

    *Plaintiffs*,

v.

SLEEPY'S LLC,

    *Defendant*.

Civil Action No. 3:10-cv-01138-PGS-LHG

ORDER

## ORDER

**THIS MATTER** having come before the Court on: (1) Sleepy's Motion for Judgment on the Pleadings and to Dismiss All Claims (ECF No. 279); (2) Sleepy's Motion for Default Judgment (ECF No. 280); (3) Plaintiffs' Motion to Remove Default (ECF No. 281); and (4) Plaintiffs' Renewed Motion for Class Certification; and the Court having carefully reviewed and taken into consideration the submissions of the parties, as well as the arguments and exhibits therein presented; and for good having been cause shown, and for all of the foregoing reasons,

**IT IS** on this 1st day of March, 2022,

**ORDERED** that Sleepy's Motion for Judgment on the Pleadings and to Dismiss All Claims (ECF No. 279), including the motion to dismiss Counts 3 and 4, or alternatively strike the jury demand are **DENIED**; and it is further;

**ORDERED** that Sleepy's third-party crossclaims are **DISMISSED** sua sponte; and it is further;

**ORDERED** that Plaintiffs' Motion to Remove Default (ECF No. 281), is **DENIED AS MOOT**; and it further

**ORDERED** that Plaintiffs' Renewed Motion for Class Certification (ECF No. 297), is **GRANTED** in part with respect to liability and **DENIED** in part with respect to damages; and it is further.

**ORDERED** that a status conference shall occur on May 17, 2022 at 11:00 a.m. by telephone. The Clerk shall provide the logistics for the call.

_____
PETER G. SHERIDAN, U.S.D.J.