UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-057

No. 22-8011

SAM HARGROVE; ANDRE HALL; MARCO EUSEBIO,
Individually and on behalf of all others similarly situated

v.

SLEEPY'S LLC,
Petitioner

v.

CURVA TRUCKING LLC; EUSEBIOS TRUCKING CORP; I STEALTH LLC;
HC TRUCKING LLC; ALS TRUCKING, INC.; ALS TRUCK DELIVERY LLC;
UTILA TRANSPORT, INC.; E-MAK LLC; EMAK TRANSPORT, INC.;
EMAK TRANSPORT; A&P TRUCKING LLC; DJG TRANSPORT LLC;
AL TRANSPORT SERVICES CORP.; A.C. BAUTISTA LLC;
FB LOGISTICS CORP.; GD DELIVERY SERVICES LLC;
RAAN TRANSPORT LLC; JONATHAN LLC; JONATHAN'S LLC;
S.O. TRUCKING LLC; SIX STARS TRUCKING LLC; MSF TRUCKING LLC;
RKC DELIVERY LLC; GEORGIAN SHIELD INC.; WR TRUCKING LLC

(D.N.J. No. 3-10-cv-01138)

Present:  JORDAN, PORTER, and MATEY, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) by Petitioner Sleepys LLC;

2. Response by Respondents Marco Eusebio, Andre Hall, and Sam Hargrove in opposition to petition.

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing Petition for Leave is **GRANTED**.

By the Court,

s/David J. Porter
Circuit Judge

Dated: May 23, 2022
Lmr/cc: All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk